### 56856. BLACKBURN v. WITHROW TIMBER COMPANY, INC.
### 56857. FRY v. WITHROW TIMBER COMPANY, INC.

DEEN, Chief Judge.

The judgments in these cases reversing the judgment of the trial court having been reversed by the Supreme Court (*Withrow Timber Co., Inc. v. Blackburn,* 244 Ga. 549 (1979)) and filed in this court Jan. 22, 1980, reversing 148 Ga. App. 444 (251 SE2d 367) (1978) are vacated, and the judgment of the trial court granting summary judgment to the Withrow Timber Co., Inc. is affirmed.

*Judgment affirmed. Smith and Banke, JJ., concur.*

DECIDED JANUARY 29, 1980.

*Douglas W. McDonald,* for appellant (Case No. 56856).

*Cathey & Strain, Dennis T. Cathey,* for appellant (Case No. 56857).

*Lawrence, Rice & Lawrence, George D. Lawrence, Jr., Erwin, Epting, Gibson & McLeod, Henry G. Garrard, III, Henry Green, Seaborn Ashley, Fortson, Bentley & Griffin, J. Edward Allen,* for appellees.